NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER CARITHERS, )
)
Appellant, )
)
v. ) Case No. 2D18-3695
)
STATE OF FLORIDA, )
)
Appellee. )
_____)

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.

Christopher Carithers, pro se.


PER CURIAM.

Affirmed.


MORRIS, BLACK, and ROTHSTEIN-YOUAKIM,JJ., Concur.